IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
DEC 01 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Newton Agrawal, Vimala Agrawal
And Kris K. Agrawal
Plaintiffs

CASE NO. CIV- 2025-1442-G

Vs.

Casey Mary Hayes

## COMPLAINT

### DIVERSITY OF CITIZENSHIP

1. Plaintiff, Newton Agrawal is a Resident of Tennessee, Vimala Agrawal is a resident of Oklahoma, Kris K. Agrawal is a Resident of Oklahoma and Defendant Casey Mary Hayes is a resident of California. Jurisdiction is proper in any Federal Court. Amount in controversy is more than $75,000.00.

### FACTS

2. This action seeks damages against Casey Mary Hayes for stalking, trespassing, harassing, false accusations, assault, battery, defamation, causing loss of employment and future advancement, and intentional infliction of emotional distress, caused by Casey Mary Hayes to Newton Agrawal. Defendant is a female believed to be 53 years old, and currently resides in Orange County, California.

### FIRST CAUSE OF ACTION

3. On or about November 9th, 2024, on or about 8 am, Hayes trespassed, broke into, and entered, uninvited, Plaintiffs' vacation home in California asking for money. Once in the home, Hayes saw Plaintiff's friend and frequent visitor Kristen (last name withheld). Hayes harassed and assaulted Kristen, making Kristen move back in fear for violence and Kristen's life. Plaintiff was located at a distant part of the vacation home and heard the yelling and arguing. Plaintiff came into the room. Plaintiff questioned Hayes breaking and entering into property and politely asked her to leave. Plaintiff went to the couch to sit down. Instead of leaving, Hayes yelled violent threats at him. Hayes threw Plaintiff's property, consisting of sharp objects, including keys, glasses, sharp textile implements, laying on a table towards him violently with projectile

1

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

motion, causing them to fly across the room towards Plaintiff Newton Agrawal. Hayes came towards Plaintiff, with the weapon of car keys pointing and, in her hand, threatening, "I am going to f****** annihilate you!" Hayes scratched at, grabbed at, hit on his face, head, hair, eyes, and upper body, punching into his neck and back. She grabbed his eyeglasses, scratched them, bent them, and broke them. This action partially blinded him, as he wears corrective lenses to see distantly. She was told again to stop hurting Plaintiff, leave him alone, and leave the premises, but she did not. Hayes yelled more threats at Plaintiff and threw more personal property towards him, scattering it across the room. Finally, Hayes calmly walked out of the property. Plaintiff stopped at the open door of Plaintiffs' vacation home. Hayes walked towards her car and came back towards Plaintiff, yelling threats. Hayes walked closer towards the Plaintiff and property, with sharp metal edges of car keys exposed and fingers with sharp nails pointing towards Plaintiff and continued to make more threats, while yelling. Hayes walked to her car making more threats and drove away. These threats and violent behavior were witnessed by Plaintiff's friend Kristen, who was also harmed. Hayes has caused Plaintiff physical damage to property and Plaintiff's body, including permanent injury to his neck and lower back vertebrae, psychological harm, financial harm, constant fear for his life, and intentional infliction of emotional distress. A police report was filed.

## SECOND CAUSE OF ACTION

4. On or about November 7th, 2024, on or about 5 pm, Hayes again trespassed and broke into and entered Plaintiffs' property, without invitation and authorization. Hayes hastily walked over to the Plaintiff who was sitting at the dining table. Hayes saw a jacket on a chair and questioned it. She began yelling and making harassing accusatory delusionary commentary. Plaintiff was afraid for his life and property and had to talk her down to leave.

## THIRD CAUSE OF ACTION

5. On or about October 19th, 2024, Hayes trespassed and showed up at Plaintiffs' property. Vimala Agrawal was at the vacation property. She has now been in fear, scared, and damaged as a consequence. Kris Agrawal had to incur over $100,000 in expenses to provide assistance to Newton Agrawal since injuries and harm caused by Hayes.

## FOURTH CAUSE OF ACTION

2

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

6.  On or about October 16th, 2024, Hayes is believed to have committed libel against Plaintiff online. On or about April 19th, Hayes stated "I am through with working and do not wish to ever work again. I have worked long enough!" and made threats she was going to sue Plaintiff. On or about May 3, 2024, Hayes called Plaintiff, "A dummy." On or about May 9th, 2024, Hayes called Plaintiff, "A retard." On or about June 1st, 2024, Hayes trespassed and broke into Plaintiffs' property and made threats. On or about June 20th, 2024, Hayes stated she would be recruiting third parties to sue Plaintiff. She further threatened, "If I told you my background, you will use it against me." She further threatened to "Buy Fiji water to kill Plaintiff." On or about July 4th, 2024, Hayes called Plaintiff, stating, "You're like a f****** retard, you really are! Oh my God! Something is really wrong with you; something is really wrong with you!" She threatened him stating, "I am going to f****** annihilate you." She threatened to kill Plaintiff and stated she could not at that very moment because she was lacking a deadly weapon. Hayes stated, "If I could have my wish, I would kill you."

## FIFTH CAUSE OF ACTION

7.  On or about July 5th, 2024, Hayes called Plaintiff making harassing degrading insults and demands for cash, voicing because "I have no money coming in." and "You are stupid when it comes to women." On July 16th, 2024, Hayes called and harassed Plaintiff, stating, "You are not a man. You talk like a woman. You are psychotic. You are crazy. You kill people and are uncaring." On August 18th, 2024, Hayes called Plaintiff, while walking towards him, threatening him stating, "You're a psychopath, scary, ugly, can't attract anyone," then threatened to take further defamatory, harassing action. On August 23rd, 2024, Hayes called Plaintiff, stating, "You hung up on me and blocked me. You are discarding me. It takes a long time to get to that point I am going to murder you." When Plaintiff questioned her about him being murdered, Hayes stated, "No I am not going to murder you. I am going to do a lot worse!"

## SIXTH CAUSE OF ACTION

8.  On or about August 24th, 2024, Hayes continued to stalk Plaintiff, while running towards him, shouting obscenities at him then stealing property from his hands, for her own gain. She stated, "I am going to punch you in the f****** face." She verbally and physically harassed and assaulted him, causing him to have uncontrollable, crying spells lasting several minutes. Plaintiff felt trapped, degraded, and abused. Plaintiff voiced he experienced the worst emotional abuse he could recall in his life. He was prevented from leaving as she continued to threaten physical harm and entrap him.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

### SEVENTH CAUSE OF ACTION

9. On or about September 21st, 2024, Hayes called, harassed, and threatened Plaintiff stating, "Something very terrible is going to come your way." Then Hayes hung up. Defendant falsely delusionary believed Plaintiff was her future "husband" and has attempted to extort money from him and his employer, entrap him, commit malice, fraud, and wrongdoing for financial gain and enjoyment. Defendant was advised multiple times to stop stalking, harassing, assaulting, and harming plaintiff, but did not. Plaintiffs have been walking on "eggshells" and in fear of their lives. Multiple individuals witnessed Hayes' behavior and are willing to come forward. During the course of her assaults, she stated to Plaintiff, "You are stupid. You are fat. You should get a nose job. You should thin your nose out. You cannot ever look like Santa Claus." She stated, "I want a 6-foot-1 white male, with blonde hair, abs, rich, thick eyebrows. You don't have eyebrows. Your belly is fat. You are short. You look Black. Your beard is dirty." and "I will shoot you." Numerous attempts were made by Plaintiffs to avoid her while not further triggering her to be personally attacked. These efforts ultimately failed, and she hurt and continues to hurt Plaintiff(s). She stated, "You are so quick to walk away. You are so quick to shut down, block me, and get in your car." The Defendant was aware of her actions and consequences as she stated she was afraid of "experiencing bad karma" for her deliberate and tortuous actions. The Defendant's actions have caused Plaintiffs to suffer and continue to suffer physical pain, physical permanent damage, emotional distress, loss of earnings and earning capacity, false light, embarrassment, loss of self-esteem, reputation, disgrace, libel, malice, slander, humiliations, and loss of enjoyment of life; have suffered and continue to suffer and was prevented and will continue to be prevented from performing daily activities and obtaining the full enjoyment of life; will sustain loss of earnings and earning capacity, and/or has incurred and will continue to incur expenses for legal, medical, psychological treatment, therapy, counseling, court costs, and holding in false light.

### PRAYER FOR ALL CAUSES OF ACTION

10. Wherefore, Plaintiffs prays for a jury trial and for judgment against Defendant Casey Mary Hayes and award actual and punitive damages, attorney fees, and costs, as follows:

a) For past, present and future non-economic damages in excess of ten million dollars ($10,000,000);
b) For past, present and future special damages, including but not limited to past, present, and future lost earnings, economic damages, medical expenses, and others, in excess of ten million dollars ($10,000,000);

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

c) Any appropriate statutory damages, in excess of one million dollars ($1,000,000); For costs of legal fees, court costs;
d) For interest based on damages, as well as pre-judgment and post-judgment interest as allowed by law;
e) For attorney fees as otherwise allowable by law;
f) For such other and further relief as the Court may deem proper.

RESPECTFULLY SUBMITTED,

*(signature)*
Vimala Agrawal, Plaintiff

*(signature)*
Kris K. Agrawal, Plaintiff

*(signature)*
Newton Agrawal, Plaintiff
6704 N. W. 110th Court
Oklahoma City, OK 73162

Date: 11/29/2025